# APPENDIX.

## OPINIONS PER CURIAM.

H. W. TAWNEY *et al.* v. FAIRBANKS, MORSE & CO.

No. 12,680.   (72 Pac. 1102.)

Error from Franklin district court; S. A. RIGGS, judge. Opinion filed May 9, 1903.   Affirmed.

*Gamble & Costigan,* for plaintiffs in error.
*W. S. Jenks,* for defendant in error.

*Per Curiam:* The judgment of the court below is affirmed on the authority of *Ehrsam v. Brown,* 64 Kan. 466, 67 Pac. 867.

---

EMMA B. FOUNTAIN v. J. F. KENNEY *et al.*

No. 13,052.   (72 Pac. 562.)

Error from Lyon district court; O. L. MOORE, judge *pro tem.*   Opinion filed May 9, 1903.   Affirmed.

*Allen & Allen,* for plaintiff in error.
*Graves & Hamer,* and *Kellogg & Madden,* for defendants in error.

*Per Curiam:* The motion for a further order in this cause upon the cross-petition in error of C. E. Sprague must be allowed.   It was inadvertently overlooked when the main controversy was decided.   There appears to be sufficient testimony to sustain the findings and judgment in favor of J. C. Foulks against C. E. Sprague, and therefore that part of the judgment will be affirmed.